## Commonwealth *v.* Pearson, Appellant.

Argued June 20, 1966. *Jerold G. Klevit,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

JACOBS and HOFFMAN, JJ., would reverse and grant a new trial.

## Commonwealth *v.* Reavis, Appellant.

Argued June 20, 1966. *John W. Packel,* Assistant Defender, with him *Leonard Packel,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.